In the Matter of the Application of DONALD BLOOMINGDALE to Compel RICHMOND J. REESE and Another, as Executors and Testamentary Trustees, etc., of IRVING I. BLOOMINGDALE, Deceased, to Pay a Legacy under Said Will. GEANNE

